IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-87-KS

| | |
|---|---|
| RONALD E. VANDIFORD, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| Defendant. | ) |

ORDER GRANTING DEFENDANT'S MOTION
TO APPEAR BY VIDEO-TELEPHONE CONFERENCE

Upon consideration of Defendant's unopposed Motion to Appear by Video-Telephone Conference for the hearing scheduled on March 25, 2015 at 10:45 a.m., it is hereby ORDERED that Defendant's motion is GRANTED. At least ten (10) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

SO ORDERED this 2nd day of March 2015.

Kimberly A. Swank
United States Magistrate Judge