UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RONALD E. VANDIFORD )<br>    Plaintiff, )<br>)<br>v. )<br>)    **JUDGMENT**<br>CAROLYN W. COLVIN, )<br>*Acting Commissioner of Social Security,* )    Case No. 4:14-CV-87-KS<br>    Defendant. )<br>) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Plaintiff's Motion for Judgment on the Pleadings [DE-29] is GRANTED, Defendant's Motion for Judgment on the Pleadings [DE-31] is DENIED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on June 4, 2015, with electronic service upon:

Derrick Kyle Arrowood, *Counsel for Plaintiff*
Wanda D. Mason, *Counsel for Defendant*

                                                  **JULIE RICHARDS JOHNSTON,**
                                                  CLERK, U.S. DISTRICT COURT

June 4, 2015                            /s/ *Shelia Foell*
                                                  (By): Shelia Foell, Deputy Clerk