IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-00087 KS

| | |
|---|---|
| RONALD E. VANDIFORD, )<br>)<br>Plaintiff, )<br>)<br>) | ORDER |
| CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $14,000.00. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,021.75 (D.E. #43).

The court finds $14,000.00 to be a reasonable fee in this matter and, therefore, ORDERS as follows:

    1. Plaintiff's counsel is hereby awarded attorney's fees under 42 U.S.C. § 406(b) in the amount of $14,000.00.

    2. Upon receipt of said attorney fee award, Plaintiff's counsel shall refund to Plaintiff any attorney's fees previously awarded under EAJA.

This 12th day of July 2016.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE