UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RONALD E. VANDIFORD,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security,*<br>    Defendant. | **JUDGMENT**<br><br>Case No. 4:14-CV-87-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees under section 206(b) of the Social Security Act, 42 U.S.C. §406(b).

IT IS ORDERED, ADJUDGED AND DECREED Plaintiff's counsel is awarded attorney fees under 42 U.S.C. §406(b) in the amount of $14,000.00. Upon receipt of said attorney fee award, Plaintiff's counsel shall refund to plaintiff any attorney fees previously awarded under EAJA.

<u>This judgment filed and entered on July 13, 2016, with *electronic service* upon:</u>

**Derrick Kyle Arrowood**
*Counsel for Plaintiff*

**Wanda Mason**
*Counsel for Defendant*

 

**JULIE R. JOHNSTON**
**CLERK, U.S. DISTRICT COURT**

July 13, 2016                             /s/ *Shelia D. Foell*
                                                            (By): Shelia D. Foell, Deputy Clerk